## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 13-** |
| | : | |
| v. | : | |
| | : | |
| **JAMES R. REVELL,** | : | **Violation:** |
| | : | **18 U.S.C. § 1341 (Mail Fraud)** |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney informs the Court that:

1. The Advisory Board Company ("ABC") was a health care and education consulting firm with corporate headquarters in Washington, D.C.

2. Defendant James R. Revell (hereinafter referred to as "Revell") was employed by ABC, as the Director for Information Technology, in its performance technology department, where his duties included, among other things, recommending software purchases, completing purchase order forms, as well as uploading software onto ABC's computer servers, located in Washington, D.C. and elsewhere.

### The Scheme

3. From on or about November 2, 2011, through on or about January 24, 2012, Revell devised and intended a scheme to defraud ABC and to obtain money from ABC by means of materially false and fraudulent pretenses, representations, and promises.

### Manner and Means

4. The scheme was committed through the following manners and means, among others:

   a. It was part of the scheme and artifice to defraud that Revell would falsely

1

represent to ABC that its business operations would benefit from purchasing certain computer programs.

b. It was further a part of the scheme and artifice to defraud that Revell directed ABC to purchase the recommended software from an outside vendor called GTM Tech, which, unbeknownst to ABC, was a shell company that Revell created to receive payments from ABC, among other purposes.

c. It was further a part of the scheme and artifice to defraud that Revell caused invoices to be submitted to ABC for work purportedly done by GTM Tech, with instructions that ABC mail payments to a post office box in Virginia obtained by Revell.

d. It was further a part of the scheme and artifice to defraud for Revell to convert ABC's payments to GTM to his personal use and benefit, without providing a service or product that benefited ABC, as Revell had represented.

e. It was further a part of the scheme and artifice to defraud that Revell would attempt to conceal his fraud by installing software programs on ABC's computers, but which did not perform their purported function.

5.     On or about November 2, 2011, through on or about January 24, 2012, in the District of Columbia, for the purposes of executing and attempting to execute the above-described scheme to defraud, Revell knowingly caused to be delivered by the United States Postal Service, from the District of Columbia to Virginia, check numbers 26013, 24888, and 25231 drawn on the corporate checking account of ABC at Cardinal Bank, made payable to GTM Tech, in the amount totaling $104,642.40.

**(Mail Fraud, in violation of Title 18, United States Code, Section 1341)**

Respectfully submitted,

RONALD C. MACHEN JR.

United States Attorney
for the District of Columbia

By: *[signature]*

PHILIP A. SELDEN, D.C. Bar # 982247
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C.
20530